# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED
MAR 17 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:21-MJ-2041
Deshawn Whited, Black male, date of birth May 9, 1997, Social Security )
Account Number (SSAN) XXX-XX-2793, FBI Number 60497FH1, )
currently incarcerated at the Knox County Sheriff's Office (KCSO) )
Detention Facility in the EDTN )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):* Deshawn Whited, Black male, date of birth May 9, 1997, Social Security Account Number (SSAN) XXX-XX-2793, FBI Number 60497FH1, currently incarcerated at the Knox County Sheriff's Office (KC

located in the _____Eastern_____ District of _____Tennessee_____ , there is now concealed *(identify the person or describe the property to be seized):*
namely buccal cells (cheek epithelial cells) containing the DNA of Deshawn Whited, which constitute evidence of the commission of a criminal offense in violation of 18 U.S.C. § 1951 (Hobbs Act robbery), 18 U.S.C. § 2119 (Carjacking), and 18 U.S.C. § 924(c) (Possession of a firearm in furtherance of a crime of violence).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act robbery; |
| 18 U.S.C. § 2119 | Carjacking; and |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a crime of violence. |

The application is based on these facts:
Please see the Affidavit of FBI Special Agent Wesley P. Leatham which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Wesley P. Leatham, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___03/11/2021___

*Judge's signature*

City and state: Knoxville, Tennessee           H. Bruce Guyton, United States Magistrate Judge
*Printed name and title*